IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL CARPENTER,

    Plaintiff,                    No. CIV S-06-0929 DFL PAN P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On March 17, 2006, plaintiff, a prisoner at Mule Creek State Prison, filed a request for leave to proceed in forma pauperis in a civil rights action and a document styled "Ex Parte Request Under Rule 65."

        To commence an action, plaintiff must file a complaint (<u>see</u> Fed. R. Civ. P. 3) and pay the $250.00 filing fee or seek leave to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914 (a), 1915 (a).[1] While plaintiff has filed an application for leave to proceed in forma pauperis, he has not submitted a complaint. The court cannot issue orders for relief until an action has been commenced by filing a complaint.

/////

---

[1] This action was commenced before April 9, 2006, when the federal fee for a civil rights action increased to $350.00.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff the court's form for a civil rights action.

2. Within thirty days, plaintiff shall lodge a complaint, otherwise this file will be closed.[2]

3. Ruling on plaintiff's application to proceed in forma pauperis is deferred until the filing of plaintiff's complaint.

DATED: July 27, 2006.

UNITED STATES MAGISTRATE JUDGE

14/12
carp0929.nocompl

---

[2] A court may take judicial notice of court records. See MGIC Indem. Co. V. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v, Wilson, 631 F.2d 118, 119 (9th Cir. 1980). The court takes notice that plaintiff has twice attempted the initiation of proceedings before this court in cases 05-1547 MCE GGH P and 05-2066 DFL PAN P. In both cases, plaintiff was put on notice by the court as to the proper procedure for the filing of a civil complaint, but failed to file complaints in accordance with that procedure.