IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL CARPENTER,

      Plaintiff,                     No. CIV S-06-0929 DFL EFB P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff has filed two requests for extensions of time to file a complaint pursuant to the court's order of July 28, 2006. *See* Fed. R. Civ. P. 6(b). Plaintiff's October 17, 2006 request will be granted and his October 30, 2006, request will be denied as duplicative.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's October 17, 2006, request for an extension of time is granted;

      2. Plaintiff's October 30, 2006, request for an extension of time is denied as duplicative; and,

      3. Plaintiff has 30 days from the date this order is served to file a complaint.

Dated: November 13, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE