IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL CARPENTER,

        Plaintiff,                      No. CIV S-06-0929 DFL EFB P

     vs.

STATE OF CALIFORNIA, et al.,

        Defendants.              ORDER

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* § 1983. Plaintiff has requested a fourth extension of time to file a complaint. *See* Fed. R. Civ. P. 6(b). On February 22, 2007, this court granted a third extension of time and stated that no further extensions of time would be granted. Plaintiff states in his motion that he has been moved several times and has been without his legal property. The court will provide plaintiff one last opportunity to file the amended complaint. Plaintiff has 20 days from the date this order is served to file an amended complaint. This is the last extension of this deadline and plaintiff's failure to file the amended complaint by this new deadline *will result in a recommendation that this action be dismissed.*

     So ordered.

Dated: May 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE