IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL CARPENTER,

      Plaintiff,                            No. CIV S-06-0929 RRB EFB P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.                       <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 28, 2006, the court dismissed plaintiff's initial filing, explained the pleading's deficiencies, and gave plaintiff 30 days to file an amended complaint correcting those deficiencies. By orders filed September 13, 2006, November 14, 2006, December 27, 2006, February 22, 2007 and May 15, 2007, plaintiff was granted extension of time within which to file an amended complaint. The May 15, 2007 order granted plaintiff one final extension of twenty days. It also cautioned plaintiff that no further extensions of time would be granted and that failure to timely file an amended complaint would result in a recommendation that this action be dismissed.

////

////

1

1  The 20-day period has expired and plaintiff has not filed an amended complaint or
2 otherwise responded to the order.
3  Accordingly, it is hereby RECOMMENDED that this action be dismissed
4  These findings and recommendations are submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days
6 after being served with these findings and recommendations, any party may file written
7 objections with the court and serve a copy on all parties.  Such a document should be captioned
8 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
9 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
10 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
11 Dated:   June 27, 2007.

　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE