IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL CARPENTER,

        Plaintiff,                    No. CIV S-06-0929 RRB EFB P

    vs.

STATE OF CALIFORNIA, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

        Plaintiff requests an extension of time to file objections to the June 27, 2007 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's July 11, 2007, request for appointment of counsel is denied; and

3    2.  Plaintiff's July 11, 2007, motion is granted and plaintiff has 30 days from the date this order is served to file his objections to the June 27, 2007, findings and recommendations.

DATED:  July 30, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE