IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARPENTER,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 2:06-cv-00929 JKS EFB P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262. On June 27, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case.

      In July 2006, Plaintiff, having only filed an application to proceed in forma pauperis, was instructed to file a complaint within thirty days. Plaintiff was then given numerous extensions of time to file the complaint. After the time given by the last extension elapsed, the magistrate judge recommended that Plaintiff's case be dismissed for failure to file a complaint as instructed. Plaintiff objects, arguing that he did file a timely complaint in April 2007. Plaintiff is correct. The Court therefore declines to adopt the findings and recommendations.

      Docket No. 22 was lodged on April 25, 2007, well within the 90 days allotted by the magistrate judge's previous order at Docket No. 21. Although filed in one docket entry labeled

1

"Motion for Extension of Time," the contents of Plaintiff's filing included both the requested complaint and a motion for extension of time, which should have been construed as a motion for leave to file an amended complaint. Understandably, the court assumed Plaintiff was merely asking for another extension of time to file a complaint. A close reading of the motion, however, makes it clear that Plaintiff was filing a complaint and asking for leave to file an amended complaint within six months: "I am now compelled to file the enclosed COMPLAINT stating the most minimual [sic] of my case, cause, and issues in suit; and further to request that the Court accept that as complying with the Court's previous ORDERS, and further request of the Court an extension of time in which to file an AMENDED COMPLAINT so as to restore the whole of the facts and issues at bar in this case." Docket No. 22 at 4. Thus, the pleadings lodged in Docket No. 22 should have been filed separately, as a complaint with a motion for a temporary restraining order, and a motion for extension of time, which should be construed as a motion for leave to file an amended complaint.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Court declines to adopt the findings and recommendations filed June 27, 2007;

2. The Clerk shall refile pages 8-73 of Docket No. 22 separately as a complaint;

3. The matter is recommitted to the magistrate judge for further action consistent with this Order.

Dated this the 7th day of March 2008.

/s/ James K. Singleton, Jr.<br>**JAMES K. SINGLETON, JR.**<br>United States District Judge

ORDER

2