IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL CARPENTER,

     Plaintiff,                        No. CIV S-06-0929 RRB EFB P

     vs.

STATE OF CALIFORNIA, et al.,

     Defendants.                 ORDER

_____/

     Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  He seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a *certified* copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

     In accordance with the above, it is hereby ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's

////

////

1

1  failure to comply with this order will result in a recommendation that this action be dismissed

2  without prejudice.

3  DATED: April 22, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE