UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**DANIEL J. CARPENTER**　　　　　　　　　　Case No. 2:06-cv-00929 ODW

　　Plaintiff　　　　　　　　　　　　　　　　ORDER OF DISMISSAL

vs.

**THE STATE OF CALIFORNIA, ET AL**

　　Defendants

　　　　The court having reviewed the complaint filed April 25, 2007 pursuant to its obligations under 28 U.S.C. § 1915A , it is hereby ordered that said complaint be dismissed without prejudice. The court makes the following observations which may assist plaintiff should he elect to redraft his complaint.

　　　　First, local rules of pleading limit the number of fictitiously named or Doe defendants to 10. In some cases you have 5000 Does.

　　　　Second, you have named as defendants literally thousands of persons against whom you have not and likely cannot assert a basis for liability and upon whom you will likely not be able to effect service.

　　　　Third, you discuss issues which go back to 1997.  The statute of limitations has clearly run on those incidents.

1    Fourth, a diary of your confinement detailing every unpleasantness you have experienced is not an acceptable form of pleading.  This court's review of your pleading is focused on facts which demonstrate a colorable violation of constitutional dimensions.

    Fifth, federal rules require a short and direct statement of your claim, not 66 pages of barely intelligible narrative.  The gravamen of your complaint appears to be that you have been deprived of your legal papers as a part of a concerted effort to prevent you from filing a complaint.  Clearly you have been able to file a complaint, therefore the issue appears to be moot.

    Leave is granted to November 23, 2009 to file an amended complaint or this matter will be dismissed.

Dated: October 21, 2009

_____
OTIS D. WRIGHT, DISTRICT JUDGE