IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARPENTER, et al, <br>     Plaintiff, <br> vs. <br> STATE OF CALIFORNIA; et al., <br>     Defendants. | No. 2:06-CV-00929 ODW <br><br> **ORDER OF DISMISSAL** |

    On November 2, 2010. Plaintiff filed a request for an extension of time to file an amended complaint.  By order dated December 29, 2010, nearly two months after the extension request was filed, the court granted an extension to February 15, 2011 to get an amended complaint on file.  To date no amended complaint has been filed and the court concludes that Plaintiff has abandoned further efforts to pursue this matter.

    IT IS THEREFORE ORDERED that this matter is dismissed.

DATED: May 13, 2011

U.S. DISTRICT JUDGE