IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL CARPENTER, et al, | ) | No. 2:06-CV-00929 ODW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER AUTHORIZING RETURN |
| vs. | ) | OF FIVE BOXES OF EXHIBITS LODGED |
| | ) | WITH THE COURT ON OCTOBER 16, 2006 |
| | ) | DOCKET ENTRY 12. |
| | ) | |
| STATE OF CALIFORNIA; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff, appearing pro se has filed a request for the return of five (5) boxes of exhibits lodged with the court on or about October 16, 2006, in this now closed case. On or about April 23, 2013 the Ninth Circuit affirmed the dismissal of this matter and

the time to file a petition for panel rehearing ran May 7, 2013, (see Rules of Appellate Proc., Rule 40(a)(1).)  However, the time to seek review by the Supreme Court via a petition for writ of certiorari runs until July 22, 2013 ((Supreme Court Rules, Rule 13(1).)  Until all appeals have either been exhausted, abandoned or are no longer available Plaintiff would be ill-advised to remove, or cause to be removed, the exhibits in this case.  However, plaintiff is appearing pro se, and if it is plaintiff's desire to retrieve the exhibits lodged with the Clerk's Office, he may do so.  He must, however, provide the Clerk with a receipt for same on a form to be provided by the Clerk's Office.  Plaintiff will be responsible for arranging for the pick up of said exhibits.

**IT IS SO ORDERED.**

June 14, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**